# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

BAY AREA TRUCK SERVICES, a division of
TESI LEASING, INC., a California Corporation,
on behalf of itself and all others similarly situated,

v.

SEE ATTACHMENT A.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08    3096 **PVT**

TO: (Name and address of defendant)

SEE ATTACHMENT A .

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel C. Girard
Alex C. Turan
Girard Gibbs LLP
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
Fax: (415) 981-4846

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen

JUN 2 6 2008
DATE_____

(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |

| Name of SERVER | TITLE |
|---|---|
| | |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    *Date*                                                    *Signature of Server*

                                                                    _____
                                                                    *Address of Server*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

USDC – Northern District of California

*BAY AREA TRUCK SERVICES, a division of TESI LEASING, Inc., a California Corporation, on behalf of itself and all others similarly situated*

## ATTACHMENT A

Champion Laboratories, Inc. – 220 South Fourth Street, Albion IL  62806

United Components, Inc. – 14601 Highway 41 N., Evansville, IN  47725-9357

Purolator Filters N.A. LLC – 3200 Natal Street, Fayetteville, NC  28306

Honeywell International, Inc. – 101 Columbia Road, Morris Township, NJ  07962

Wix Filtration Corp. LLC – 1 Wix Way, Gastonia, NC  28054

Cummins Filtration, Inc. – 1801 Hwy. 51 / 138, P.O. Box 428, Stoughton, WI  53589

The Donaldson Company – 1400 West 94th Street, Minneapolis, MN  55431

Baldwin Filters, Inc. – 440 E. Hwy. 30, Kearney, NE  68848-6010

Bosch U.S.A. – 2800 S. 25th Avenue, Broadview, IL  60155-4594

Mann + Hummel U.S.A., Inc. – 6400 S. Sprinkle Road, Portage, MI  49002-9706

Arvinmeritor, Inc. – 2135 West Maple Road, Troy, MI  48084