UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASE NO.: CV 08 3096 PVT
Date Filed: 00/00/0000

AFFIDAVIT OF SERVICE

Bay Area Truck Services, a
division of Tesi Leasing,
Inc., a California
Corporation, et al.

      Plaintiff/Petitioner,
vs.

Champion Laboratories, Inc.,
et al.

      Defendant/Respondent.
_____/

STATE OF NEW JERSEY
COUNTY OF SOMERSET    ss.

I, **Ted Cordasco**, depose and say that:

I am a competent adult, over the age of 18, a resident of the State of New Jersey and a disinterested party to the above named action.

On **07/10/2008** at **01:45 PM**, I served the within **SUMMONS IN A CIVIL CASE;** on **Honeywell International c/o Corporation Service Company at 830 Bear Tavern Road, Trenton, NJ 08628** in the manner indicated below:

By delivering a true copy of this process to **Nadia Kynik, Fulfillment Specialist** of the above named corporation and informing him/her of the contents.

Description of person served:
**Sex: Female – Age: 20's – Skin: White – Hair: Blonde – Height: 5'5 – Weight: 110**

I certify that the foregoing statements made by me are true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on this
____ day of _____, 20__
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
MARIA WEINGARTNER
NOTARY PUBLIC OF NEW JERSEY
Commission Expires 3/14/2013

X_____
Ted Cordasco - Process Server
Apex Attorney Services, Inc.
1055 W. Seventh St., Suite 250
Los Angeles, CA 90017
213-488-1500

Atty File#:  - Our File# **12605**