AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 7/9/08 |

| Name of SERVER | TITLE |
|---|---|
| Jennifer Taylor | Professional Process Server |

Check one box below to indicate appropriate method of service

[X] Served Personally upon the Defendant. Place where served:
Corporation Service Company
327 Hillsborough St.
Raleigh, NC 27603

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/9/08
               Date

Signature of Server: Jennifer Taylor

Address of Server: 5 W. Hargett St, Ste 401
Raleigh NC 27601

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

USDC – Northern District of California
*BAY AREA TRUCK SERVICES, a division of TESI LEASING, Inc., a California Corporation, on behalf of itself and all others similarly situated*

## ATTACHMENT A

Champion Laboratories, Inc. – 220 South Fourth Street, Albion IL  62806

United Components, Inc. – 14601 Highway 41 N., Evansville, IN  47725-9357

Purolator Filters N.A. LLC – 3200 Natal Street, Fayetteville, NC  28306

Honeywell International, Inc. – 101 Columbia Road, Morris Township, NJ  07962

Wix Filtration Corp. LLC – 1 Wix Way, Gastonia, NC  28054

Cummins Filtration, Inc. – 1801 Hwy. 51 / 138, P.O. Box 428, Stoughton, WI  53589

The Donaldson Company – 1400 West 94th Street, Minneapolis, MN  55431

Baldwin Filters, Inc. – 440 E. Hwy. 30, Kearney, NE  68848-6010

Bosch U.S.A. – 2800 S. 25th Avenue, Broadview, IL  60155-4594

Mann + Hummel U.S.A., Inc. – 6400 S. Sprinkle Road, Portage, MI  49002-9706

Arvinmeritor, Inc. – 2135 West Maple Road, Troy, MI  48084