1  LATHAM & WATKINS LLP
   Jennifer A. Carmassi (221592)
2  355 South Grand Avenue
   Los Angeles, California 90071-1560
3  Telephone:    (213) 485-1234
   Facsimile:    (213) 891-8763
4  Email: jennifer.carmassi@lw.com

5  Attorneys for Defendants Champion
   Laboratories, Inc. and United Components
6

7

8                          UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  BAY AREA TRUCK SERVICES, a division
   of TESI LEASING, INC., a California
12  Corporation, on behalf of itself and all others
   similarly situated,
13

14                 Plaintiff,

15       v.

16

17  CHAMPION LABORATORIES, INC.;
   UNITED COMPONENTS, INC.;
   PUROLATOR FILTERS N.A. L.L.C.;
18  HONEYWELL INTERNATIONAL, INC.;
   WIX FILTRATION CORP LLC;
19  CUMMINS FILTRATION, INC.;
   THE DONALDSON COMPANY;
20  BALDWIN FILTERS, INC.;
   BOSCH U.S.A.;
21  MANN + HUMMEL U.S.A., INC.;
   ARVINMERITOR, INC.,
22  and DOES 1-10,

23               Defendants.

24

25

26

27

28

Case No.  08-CV-03096 PVT


**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**


**JURY TRIAL DEMANDED**

STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT
08-CV-03096 PVT

1    Plaintiff Bay Area Truck Services, a division of TESI Leasing, Inc. ("Plaintiff")

2  and Defendants Honeywell International, Inc., Champion Laboratories, Inc., Purolator Filters

3  N.A. L.L.C., Wix Filtration Corp LLC, Donaldson Company, Inc., ArvinMeritor, Inc., Baldwin

4  Filters, Inc., "Bosch U.S.A.,"[1] Mann + Hummel U.S.A., Inc., and United Components, Inc.

5  (collectively, "Defendants") stipulate and agree as follows to extend the time to respond to the

6  Complaint on file in this action.

7    1.    On June 26, 2008, Plaintiff filed the complaint in this action

8  ("Complaint"), which alleges claims under Section 1 of the Sherman Act, 15 U.S.C. § 1, and

9  various state antitrust and consumer protection laws.  Plaintiff styled the Complaint as a putative

10  class action.

11    2.    As of the date of this Stipulation, at least 42 other complaints have been

12  filed in this and other judicial districts (collectively, the "Filters Cases").  All of these complaints

13  also allege federal and/or state law antitrust claims against the Defendants and are styled as

14  putative class actions.

15    3.    Four motions are pending before the Judicial Panel on Multidistrict

16  Litigation ("JPML" or "Panel") to transfer and consolidate all existing and subsequently filed

17  antitrust actions related to the claims alleged in the Complaint to a single district pursuant to 28

18  U.S.C. § 1407 ("JPML Motions").  The Panel has scheduled a hearing on the JPML Motions for

19  July 31, 2008.

20    4.    In light of the multiplicity of complaints on file and the pending motions

21  before the JPML, the parties agree to extend the time for Defendants to answer or otherwise

22  respond to the Complaint until the earliest of the following dates:  (1) thirty days after the filing

23  of a Consolidated Complaint in the Filters Cases, or whatever other deadline is set by the

24  transferee court, in the event the Panel grants the MDL Motion ("Response Date"); or (2) thirty

25  days after service of the MDL Order or whatever other deadline is set by the Court in this

26  Action, in the event the Panel denies the MDL Motion, *provided*, *however*, that in the event that

27

[1]    Plaintiff named "Bosch U.S.A." as a defendant in this action.  Undersigned counsel for
28  Robert Bosch LLC is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch
LLC for purposes of this stipulation.

1    any undersigned Defendant should answer, agree or be ordered to answer, move or otherwise

2    respond to the complaint in any of the Filters Cases prior to the Response Date, then that

3    Defendant shall respond to the complaint in the Plaintiffs' Action by that earlier date.

4            5.      This extension is available, without further stipulation with counsel for

5    Plaintiff, to all named defendants who notify Plaintiff in writing of their intention to join this

6    Stipulation.

7    IT IS HEREBY STIPULATED.

8    Dated: July 24, 2008                    Respectfully submitted,

9                                            LATHAM & WATKINS LLP

10                                           By: /s/ Jennifer A. Carmassi
11                                               Jennifer A. Carmassi (221592)

12                                           Attorneys for Defendants Champion Laboratories,
                                             Inc. and United Components, Inc.
13

     Dated: July 24, 2008                    GIRARD GIBBS LLP
14

15
                                             By: /s/ Alex C. Turan
16                                               Daniel C. Girard (114826)
                                                 Alex C. Turan (227273)
17
                                             Attorneys for Plaintiff Bay Area Truck Services,
18                                           a division of TESI Leasing, Inc.

19
     Dated: July 24, 2008                    FOLEY & LARDNER LLP
20

21                                           By: /s/ Eileen Ridley
                                                 Eileen Ridley (151735)
22
                                             Attorneys for Defendant Donaldson Company, Inc.
23

24   Dated: July 22, 2008                    O'MELVENY & MYERS LLP

25

26                                           By: /s/ Richard G. Parker
                                                 Richard G. Parker (62356)
27
                                             Attorneys for Defendant Honeywell International
28                                           Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

| | |
|---|---|
| 1 | Dated: July 22, 2008 | CROWELL & MORING LLP |

Dated: July 22, 2008

CROWELL & MORING LLP

By: /s/ Daniel Sasse
    Daniel Sasse (236234)

Attorneys for Defendants Purolator Filters N.A.
L.L.C. and Robert Bosch LLC

Dated: July 22, 2008

BAKER & MCKENZIE LLP

By: /s/ Tod L. Gamlen
    Tod L. Gamlen (83458)

Attorneys for Defendant Baldwin Filters Inc.

Dated: July 22, 2008

HOWREY LLP

By: /s/ David M. Lisi
    David M. Lisi (154926)

Attorneys for Defendant Wix Filtration Corp LLC

Dated: July 22, 2008

DICKSTEIN SHAPIRO LLP

By: /s/ George R. Pitts
    George R. Pitts (109827)

Attorneys for Defendant ArvinMeritor, Inc.

Dated: July 25, 2008

SNYDER MILLER & ORTON LLP

By: /s/ Luther Orton
    Luther Orton (54258)

Attorneys for Mann + Hummel U.S.A., Inc.

FILER'S ATTESTATION:

Pursuant to General Order No. 45, § X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated:  July 25, 2008

By: /s/ Jennifer A. Carmassi
    Jennifer A. Carmassi

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATION EXTENDING TIME TO
RESPOND TO COMPLAINT
08-CV-03096 PVT