LATHAM & WATKINS LLP
  Jennifer A. Carmassi (221592)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763
Email: jennifer.carmassi@lw.com

Attorneys for Defendants Champion
Laboratories, Inc. and United Components

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA TRUCK SERVICES, a division of TESI LEASING, INC., a California Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHAMPION LABORATORIES, INC.;<br>UNITED COMPONENTS, INC.;<br>PUROLATOR FILTERS N.A. L.L.C.;<br>HONEYWELL INTERNATIONAL, INC.;<br>WIX FILTRATION CORP LLC;<br>CUMMINS FILTRATION, INC.;<br>THE DONALDSON COMPANY;<br>BALDWIN FILTERS, INC.;<br>BOSCH U.S.A.;<br>MANN + HUMMEL U.S.A., INC.;<br>ARVINMERITOR, INC.,<br>and DOES 1-10,<br><br>Defendants. | Case No.  08-CV-03096 PVT<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF DEFENDANT UNITED COMPONENTS, INC.**<br><br>[Local Rule 3-16(b)]<br><br>**JURY TRIAL DEMANDED** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

Certification of Interested Entities or Persons of
Defendant United Components, Inc.
08-cv-03096 PVT

Pursuant to Civil L.R. 3-16, United Components, Inc. certifies that as of this date, the following entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

1. UCI Acquisition Holdings, Inc. – UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Components' stock.

2. UCI Holdco, Inc. – UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock.

3. Carlyle Partners III, L.P. – Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock.

Dated: July 25, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Jennifer A. Carmassi
 Jennifer A. Carmassi (221592)

Attorneys for Defendant United Components, Inc.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1   Certification of Interested Entities or Persons of
Defendant United Components, Inc.
08-cv-03096 PVT