1  LATHAM & WATKINS LLP
     Jennifer A. Carmassi (221592)
2  355 South Grand Avenue
   Los Angeles, California 90071-1560
3  Telephone:   (213) 485-1234
   Facsimile:   (213) 891-8763
4  Email: jennifer.carmassi@lw.com

5  Attorneys for Defendants Champion
   Laboratories, Inc. and United Components
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | BAY AREA TRUCK SERVICES, a division | Case No. 08-CV-03096 PVT
   | of TESI LEASING, INC., a California |
12 | Corporation, on behalf of itself and all others | **CLASS ACTION**
   | similarly situated, |
13 | | **CERTIFICATION OF INTERESTED**
14 | Plaintiff, | **ENTITIES OR PERSONS OF**
   | | **DEFENDANT CHAMPION**
15 | v. | **LABORATORIES, INC.**
16 | | [Local Rule 3-16(b)]
   | CHAMPION LABORATORIES, INC.; |
17 | UNITED COMPONENTS, INC.; | **JURY TRIAL DEMANDED**
   | PUROLATOR FILTERS N.A. L.L.C.; |
18 | HONEYWELL INTERNATIONAL, INC.; |
   | WIX FILTRATION CORP LLC; |
19 | CUMMINS FILTRATION, INC.; |
   | THE DONALDSON COMPANY; |
20 | BALDWIN FILTERS, INC.; |
   | BOSCH U.S.A.; |
21 | MANN + HUMMEL U.S.A., INC.; |
   | ARVINMERITOR, INC., |
22 | and DOES 1-10, |

23              Defendants.

24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

Certification of Interested Entities or Persons of
Defendant Champion Laboratories, Inc.
08-cv-03096 PVT

1    Pursuant to Civil L.R. 3-16, Champion Laboratories, Inc. certifies that as of this date, the following entities have a financial interest in the subject matter in controversy or in a party to the proceeding:

1. United Components, Inc. – United Components, Inc., a privately held corporation, owns 100% of Champion Laboratories' stock.

2. UCI Acquisition Holdings, Inc. – UCI Acquisition Holdings, Inc., a privately held corporation, owns 100% of United Components' stock.

3. UCI Holdco, Inc. – UCI Holdco, Inc., a privately held corporation, owns 100% of UCI Acquisition Holdings, Inc.'s stock.

4. Carlyle Partners III, L.P. – Carlyle Partners III, L.P., a limited partnership, holds the majority of UCI Holdco, Inc.'s stock.

Dated: July 25, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By:   /s/ Jennifer A. Carmassi
       Jennifer A. Carmassi (221592)

Attorneys for Defendant Champion Laboratories, Inc.

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

1   Certification of Interested Entities or Persons of
    Defendant Champion Laboratories, Inc.
    08-cv-03096 PVT