LATHAM & WATKINS LLP
　　Jennifer A. Carmassi (SBN 221592)
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone:　(213) 485-1234
Facsimile:　(213) 891-8763
jennifer.carmassil@lw.com

Attorneys for Defendants Champion
Laboratories, Inc. and United Components

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA TRUCK SERVICE, a division of TESI LEASING, INC., a California corporation, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>CHAMPION LABORATORIES, INC.; UNITED COMPONENTS, INC.; PUROLATOR FILTERS N.A. L.L.C; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP. LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. 08-CV-03096 PVT<br><br>**CLASS ACTION**<br><br>PROOF OF SERVICE<br><br>JURY TRIAL DEMANDED |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1884927.1

PROOF OF SERVICE
CASE NO. 08-CV-03096 PVT

1    I am a citizen of the United States and a resident of the State of California. I am
2    employed in the County of Los Angeles, State of California. I am over the age of 18 years and
3    not a party to this action. My business address is Latham & Watkins LLP, 355 South Grand
4    Avenue, Los Angeles, California 90071-1560.
5    On July 25, 2008, I served the following documents by having copies mailed to the
6    counsel listed below:
7    1.    STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT;
8    2.    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF
9    DEFENDANT CHAMPION LABORATORIES, INC.;
10   3.    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS OF
11   DEFENDANT UNITED COMPONENTS, INC.
12   I am familiar with the office practice of Latham & Watkins for collecting and processing
13   documents for mailing with the United States Postal Service. Under that practice, documents are
14   deposited with the Latham & Watkins personnel responsible for depositing documents with the
15   United States Postal Service; such documents are delivered to the United States Postal Service on
16   that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited
17   in Latham & Watkins' interoffice mail a sealed envelope or package containing the above-
18   described document and addressed as set forth below in accordance with the office practice of
19   Latham & Watkins for collecting and processing documents for mailing with the United States
20   Postal Service:

Eileen R. Ridley
FOLEY & LARDNER LLP
One Maritime Plaza, 6th Floor
San Francisco, California 94111-3404
*Attorneys for Defendant Donaldson Company, Inc.*

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, District of Columbia 20006-4001
*Attorneys for Defendant Honeywell International Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1884927.1

PROOF OF SERVICE
2    Case No. 08-CV-03096 PVT

| | |
|---|---|
| 1 | Daniel A. Sasse |
| 2 | Crowell & Moring Llp |
| | 3 Park Plaza, 20th Floor |
| 3 | Irvine, California 92614-8505 |
| | *Attorneys for Defendants Purolator Filters N.A. L.L.C.* |
| 4 | *and Robert Bosch LLC* |

Daniel A. Sasse
Crowell & Moring Llp
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
*Attorneys for Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC*

Tod M. Gamlen
Baker & Mckenzie LLP
660 Hansen Way
Palo Alto, CA 94304
*Attorneys for Defendant Baldwin Filters Inc.*

David M. Lisi
HOWREY LLP
1950 University Ave 4th Fl
East Palo Alto, CA 94303
*Attorneys for Defendant Wix Filtration Corp LLC*

George R. Pitts
Dickstein Shapiro Llp
1825 Eye Street NW
Washington, District of Columbia 20006-5403
*Attorneys for Defendant ArvinMeritor, Inc.*

Luther Orton
Snyder Miller & Orton LLP
111 Sutter Street, Suite 1950
San Francisco, CA 94104
*Attorneys for Defendant Mann + Hummel U.S.A., Inc.*

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on July 25, 2008, at Los Angeles, California.

             / s / Larraine Picar
             Larraine Picar

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\1884927.1

3

PROOF OF SERVICE
Case No. 08-CV-03096 PVT