Daniel A. Sasse (State Bar No. 236234)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414
E-mail: dsasse@crowell.com

Attorneys for Defendants
Purolator Filters N.A. L.L.C.,
and Robert Bosch LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| BAY AREA TRUCK SERVICES, a division of TESI LEASING, INC., a California corporation, on behalf of itself and all others similarly situated<br><br>    Plaintiff,<br><br>  v.<br><br>CHAMPION LABORATORIES, INC.; UNITED COMPONENTS, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP. LLC; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; AND DOES 1 TO 10,<br><br>    Defendants. | CASE NO. 5:08-cv-03096-PVT<br><br>(Magistrate Judge Patricia V. Trumbull)<br><br>**NOTICE OF APPEARANCE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

*(vertical sidebar text)* CROWELL moring · 3 Park Plaza, 20th Floor · Irvine, CA 92614-8505 · (949) 263-8400

1    Please take notice that Defendants Purolator Filters N.A. L.L.C. and Robert Bosch LLC,[1]

2  are represented in this action by the undersigned member of the bar of this Court.

3  DATED:  July 29, 2008                CROWELL & MORING LLP

5                                       By:  /s/_____

6                                            Daniel A. Sasse
                                             Crowell & Moring LLP
7                                            3 Park Plaza, 20th Floor
                                             Irvine, CA  92614-8505

8                                            Attorneys for Defendants
                                             Purolator Filters N.A. L.L.C.,
9                                            and Robert Bosch LLC

---

[1]    Plaintiff named "Bosch U.S.A." as a defendant in this action.  Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

crowell moring
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
(949) 263-8400

1

## <u>CERTIFICATE OF SERVICE</u>

2

Daniel A. Sasse, an attorney, hereby certifies that, on July 29, 2008, he electronically filed

3

the foregoing **Notice of Appearance** using the CM/ECF System.  Notice of this filing will be sent

4

to those who are currently on the list to receive e-mail notices by operation of the Court's

5

electronic filing system.

6

Parties may access this filing through the CM/ECF System.

7

8

9

/s/
Daniel A. Sasse

10

Cam No. 104208.0000001
DC6137295.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28