1  Daniel A. Sasse (State Bar No. 236234)
   CROWELL & MORING LLP
2  3 Park Plaza, 20th Floor
   Irvine, California  92614-8505
3  Telephone:  (949) 263-8400
   Facsimile:   (949) 263-8414
4  Email:        dsasse@crowell.com

5  Attorneys for Defendants
   Purolator Filters N.A. L.L.C.,
6  and Robert Bosch LLC

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  BAY AREA TRUCK SERVICES, a division of TESI LEASING, INC., a California corporation, on behalf of itself and all others similarly situated | CASE NO. 5:08-cv-03096-PVT |
| 12 | (Magistrate Judge Patricia V. Trumbull) |
| 13         Plaintiff, | **PUROLATOR FILTERS N.A. L.L.C.'S AND ROBERT BOSCH LLC'S CORPORATE DISCLOSURE STATEMENT** |
| 14      v. | |
| 15  CHAMPION LABORATORIES, INC.; UNITED COMPONENTS, INC.; PUROLATOR FILTERS N.A. L.L.C.; HONEYWELL INTERNATIONAL INC.; WIX FILTRATION CORP. LLC; CUMMINS FILTRATION INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; AND DOES 1 TO 10, | |
| 21         Defendants. | |

22

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Purolator Filters
2  N.A. L.L.C. and Robert Bosch LLC[1] certify the following information about their corporate parent
3  companies:
4  Purolator Filters N.A. L.L.C. is owned by two parent companies, Robert Bosch LLC and
5  Mann + Hummel Inc.  Each parent owns 50% of the stock of Purolator Filters N.A. L.L.C.
6  Robert Bosch LLC has two "members," or parents:  Robert Bosch North America
7  Corporation and Robert Bosch Zweite VermoegensverwaltungsgesellschaftmbH.

DATED:  July 29, 2008                CROWELL & MORING LLP


By:  */s/*
    Daniel A. Sasse
    Crowell & Moring LLP
    3 Park Plaza, 20th Floor
    Irvine, CA  92614-8505

    Attorneys for Defendants
    Purolator Filters N.A. L.L.C.,
    and Robert Bosch LLC

---

[1] Plaintiff named "Bosch U.S.A." as a defendant in this action.  Undersigned counsel is unaware of any entity named "Bosch U.S.A.," and represents Robert Bosch LLC for purposes of this filing.

## CERTIFICATE OF SERVICE

Daniel A. Sasse, an attorney, hereby certifies that, on July 29, 2008, he electronically filed the foregoing **PUROLATOR FILTERS N.A. L.L.C.'S AND ROBERT BOSCH LLC'S CORPORATE DISCLOSURE STATEMENT** using the CM/ECF System.  Notice of this filing will be sent to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

Parties may access this filing through the CM/ECF System.

/s/
Daniel A. Sasse

Cam No. 104208.0000001
DC6137357.1