Daniel C. Girard (CA Bar No. 114826)
Alex C. Turan (CA Bar No. 227273)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94104
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Attorneys for Plaintiff Bay Area Truck Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA TRUCK SERVICES, a division of TESI LEASING, INC., a California Corporation, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHAMPION LABORATORIES, INC.; UNITED COMPONENTS, INC.; PUROLATOR FILTERS N.A. LLC; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP. LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; AND DOES 1 TO 10,<br><br>Defendants. | Case No. 08-CV-03096 PVT<br><br>**ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b)** |

Pursuant to Civil local Rule 16-8(b) and ADR Local Rule 3-5(b), plaintiff Bay Area Truck Services and its undersigned counsel hereby certify that they have:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" or the portions of the ADR internet site *www.adr.cand.uscourts.gov* specified on the site as necessary to comply with these Local Rules;

(2) Discussed the available dispute resolution options provided by the Court and private parties; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 14, 2008          As to Plaintiff:        Bay Area Truck Services

By:    /s/  Noel R. Pinto
       Noel R. Pinto, President
       Bay Area Truck Services


Dated: August 14, 2008          As to Counsel for Plaintiff:

By:    /s/  Alex C. Turan
       Daniel C. Girard
       Alex C. Turan
       **GIRARD GIBBS LLP**
       601 California Street, 14th Floor
       San Francisco, California  94108
       Telephone: (415) 981-4800
       Facsimile: (415) 981-4846

       *Counsel for Plaintiff Bay Area Truck Services*
       *and the Proposed Indirect Purchaser Class*

I, Alex C. Turan, am the ECF user whose ID and password are being used to file this ADR Certification Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b). In compliance with General Order 45, X.B., I hereby attest that Noel R. Pinto, President of Bay Area Truck Services, plaintiff in this action, has concurred in this filing.

By:    /s/  Alex C. Turan
       Alex C. Turan