1  Daniel C. Girard (CA Bar No. 114826)
   Alex C. Turan (CA Bar No. 227273)
2  **GIRARD GIBBS LLP**
3  601 California Street, 14th Floor
   San Francisco, California 94104
4  Telephone: (415) 981-4800
   Facsimile: (415) 981-4846
5
6  Attorneys for Plaintiff Bay Area Truck Services
7

8                        **UNITED STATES DISTRICT COURT**

9                        **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| BAY AREA TRUCK SERVICES, a division of TESI LEASING, INC., a California Corporation, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br>  vs.<br><br>CHAMPION LABORATORIES, INC.; UNITED COMPONENTS, INC.; PUROLATOR FILTERS N.A. LLC; HONEYWELL INTERNATIONAL, INC.; WIX FILTRATION CORP. LLC; CUMMINS FILTRATION, INC.; THE DONALDSON COMPANY; BALDWIN FILTERS, INC.; BOSCH U.S.A.; MANN + HUMMEL U.S.A., INC.; ARVINMERITOR, INC.; AND DOES 1 TO 10,<br><br>        Defendants. | Case No. 08-CV-03096 PVT<br><br>**CERTIFICATE OF SERVICE** |

22    I, Anne-Michele Von Goetz, declare under penalty of perjury that the following is true and
23  correct:
24    I am a citizen of the United States and am over the age of 18 years. I am employed in the
25  County of San Francisco by Girard Gibbs LLP, located at 601 California Street, 14th Floor, San
26  Francisco, California 94108, whose members are members of the State Bar of California and this Court,
27  and at whose direction service is made. I am not a party to this action. I caused to be electronically filed
28  the following documents using the CM/ECF System on August 14, 2008.

1.  ADR CERTIFICATION PURSUANT TO CIV. L.R. 16-8(b) AND ADR L.R. 3-5(b);
2.  CERTIFICATE OF SERVICE.

Notice of this filing will be sent by the ECF system to those who are currently on the list to receive e-mail notices by operation of the Court's electronic filing system.

On August 14, 2008, I also caused to be served a true and correct copy of the above referenced documents by having copies mailed to the counsel listed below. I placed a true copy of each document listed above in a sealed envelope addressed to each party listed below on this date. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day with postage fully prepaid in the ordinary course of business. I am aware that upon motion of a party served, service is presumed invalid if the postal cancellation date or postage mater date is more than one day after the date of deposit for mailing in the affidavit.

Eileen R. Ridley
FOLEY & LARDNER LLP
One Maritime Plaza, 6th Floor
San Francisco, CA  94111-3404
*Attorneys for Defendant Donaldson Co., Inc.*

Jennifer A. Carmassi
LATHAM & WATKINS LLP
355 South Grand Avenue
Los Angeles, CA  90071-1560
*Attorneys for Defendants Champion Laboratories, Inc. and United Components*

Richard G. Parker
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006-4001
*Attorneys for Defendant Honeywell International, Inc.*

Daniel A. Sasse
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA  92614-8505
*Attorneys for Defendants Purolator Filters N.A. LLC and Robert Bosch LLC*

1  Tod L. Gamlen
   BAKER & MCKENZIE LLP
2  660 Hansen Way
   Palo Alto, CA  94303
3  *Attorneys for Defendant Wix Filtration Corp. LLC*

4  George R. Pitts
   DICKSTEIN SHAPIRO LLP
5  1825 Eye Street, NW
   Washington, DC  20006-5403
6  *Attorneys for Defendant ArvinMeritor, Inc.*

7  Luther Orton
   SNYDER MILLER & ORTON LLP
8  111 Sutter Street, Suite 1950
   San Francisco, CA  94104
9  *Attorneys for Defendant Mann + Hummel U.S.A., Inc.*

10

11
                                By: _____/s/   Anne-Michele Von Goetz_____
12                                         Anne-Michele Von Goetz

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28