# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br>http://www.jpml.uscourts.gov |

August 28, 2008

Honorable Robert W. Gettleman
U.S. District Judge
1788 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL No. 1957 -- IN RE: Aftermarket Filters Antitrust Litigation

(See Attached CTO-1)

Dear Judge Gettleman:

    For your information, I am enclosing a copy of a conditional transfer order filed today by the Panel in this matter.

                  Very truly,

                  Jeffery N. Lüthi
                  Clerk of the Panel

                  By *[signature]*
                      Jakeia Mells
                      Deputy Clerk

cc:    (See Attached List of Judges)

JPML Form 39B

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 2 8 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AFTERMARKET FILTERS ANTITRUST
LITIGATION

MDL No. 1957

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On August 18, 2008, the Panel transferred 21 civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2008). With the consent of that court, all such actions have been assigned to the Honorable Robert W. Gettleman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Gettleman.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of August 18, 2008, and, with the consent of that court, assigned to the Honorable Robert W. Gettleman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION**                                        MDL No. 1957

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST.** **DIV.** **C.A. #**        **CASE CAPTION**

CALIFORNIA NORTHERN
| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CAN | 3 | 08-2669 JSW | Carlos Ponce, et al. v. Honeywell International, Inc., et al. |
| CAN | 3 | 08-3041 DZ | G.S.G. Excavating v. Honeywell International, Inc., et al. |
| CAN | 3 | 08-3201 EMC | Gertha Wilkerson v. Honeywell International, Inc., et al. |
| CAN | 3 | 08-3203 " | Bobbi Cooper v. Honeywell International, Inc., et al. |
| CAN | 5 | 08-3096 PVT | Bay Area Truck Services v. Champion Laboratories, Inc., et al. |

CONNECTICUT
| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CT | 3 | 08-764 | G.W.C. Distributors, Inc. v. Champion Laboratories, Inc., et al. |
| CT | 3 | 08-770 | David Stoll v. Honeywell International, Inc., et al. |
| CT | 3 | 08-797 | A&L Systems, Inc. v. Champion Laboratories, Inc., et al. |
| CT | 3 | 08-838 | Jerry Vandiver, et al. v. Champion Laboratories, Inc., et al. |
| CT | 3 | 08-901 | Bettendorf Transfer & Excavating, Inc., et al. v. Champion Laboratories, Inc., et al. |
| CT | 3 | 08-911 | Auto Pro LLC v. Chamption Laboratories, Inc., et al. |
| CT | 3 | 08-912 | Aaron Dunham v. Champion Laboratories, Inc., et al. |
| CT | 3 | 08-1116 | Associate Jobbers Warehouse, Inc. v. Champion Laboratories, Inc., et al. |
| CT | 3 | 08-1120 | Edward Colburn, et al. v. Champion Laboratories, Inc., et al. |
| CT | 3 | 08-1121 | Thomas Lown v. Champion Laboratories, Inc., et al. |
| CT | 3 | 08-1242 | David Boardman v. Champion Laboratories, Inc., et al. |

ILLINOIS SOUTHERN
| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| ILS | 3 | 08-378 | Muralt's Inc., etc. v. Champion Laboratories, Inc., et al. |
| ILS | 3 | 08-387 | G&H Import Auto Inc. v. Champion Laboratories Inc., et al. |
| ILS | 3 | 08-392 | Mike's, Inc. v. Champion Laboratories, Inc., et al. |

NEW YORK SOUTHERN
| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| NYS | 1 | 08-6553 | Robert A. Nilsen v. Champion Laboratories, Inc., et al. |

IN RE: AFTERMARKET FILTERS ANTITRUST LITIGATION

MDL No. 1957

## INVOLVED JUDGES LIST (CTO-1)

Hon. Janet Bond Arterton
U.S. District Judge
118 Richard C. Lee U.S. Courthouse
141 Church Street
New Haven, CT 06510

Hon. Vanessa Lynee Bryant
U.S. District Judge
Abraham Ribicoff Federal Building &
United States Courthouse
450 Main Street
Hartford, CT 06103-3022

Hon. Edward M. Chen
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Christopher F. Droney
U.S. District Judge
228 Abraham Ribicoff Federal Building &
U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. John G. Koeltl
U.S. District Judge
1030 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. G. Patrick Murphy
U.S. District Judge
255 Melvin Price Federal Building & U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Alvin W. Thompson
U.S. District Judge
240 Abraham Ribicoff Federal Building &
U.S. Courthouse
450 Main Street
Hartford, CT 06103-3022

Hon. Patricia V. Trumbull
U.S. Magistrate Judge
2112 U.S. Courthouse
280 South First Street
San Jose, CA 95113

Hon. Jeffrey S. White
U.S. District Judge
17-6618 Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102